IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROPER HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-187-RAW |
| ) | |
| McCURTAIN COUNTY JAIL TRUST, et al ) | |
| ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, who recommended therein that a motion to dismiss of certain defendants be denied as moot. No party has filed an objection to the Report and Recommendation. After review, the court will adopt the same.

It is the order of the court that the Report and Recommendation (#99) is affirmed and adopted as the order of the court. The motion to dismiss (#31) is denied as moot.

ORDERED THIS 16th DAY OF JANUARY, 2024.

_Ronald A. White_
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE