# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| **ROPER HARRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-187-RAW-DES |
| | ) |
| **McCURTAIN COUNTY JAIL TRUST,** et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, in which he recommended that the motion to dismiss of defendant McCurtain County Jail Trust be denied. The motion sought dismissal based on lack of personal jurisdiction due to insufficient process and insufficient service of process.

No objection has been filed. "In the absence of a timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir.1991). The court agrees with the reasoning of the Magistrate Judge's analysis and recommendation and finds that "there is no clear error on

the face of the record." *See* Rule 72(b) F.R.Cv.P., advisory committee note.

It is the order of the court that the Report and Recommendation (#100) is affirmed and adopted as the order of the court. The motion of the defendant to dismiss (#59) is denied.

**IT IS SO ORDERED** this 18th day of MARCH, 2024.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**